# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/9/2004 4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MAG NO. 04-0128LEK

CASE NAME:       USA vs. (03) LARRY CLIFFORD

ATTYS FOR PLA:   Kenneth M. Sorenson

ATTYS FOR DEFT:  (03) Jerry I. Wilson

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7-CD 18

DATE:    2/9/2004                     TIME:       2:49-2:52

---

COURT ACTION:  EP: Initial Appearance - Defendant present in custody.

Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. Jerry I. Wilson Apptd Atty.

Charges received. Motion to Detain filed.

Detention Hearing set for 3:00 2/12/04, LEK.
Preliminary Hearing set for 3:00 2/24/04, LEK.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager