AO 70 (8/85) Order of Temporary Detention

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

FEB 1 0 2004

at 4 o'clock and 18 min ___ M
WALTER A.Y.H. CHINN, CLERK

United States of America

v.

LARRY CLIFFORD

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case No: MAG 04-0128 LEK (03)

Upon motion of the _____USA_____, it is ORDERED that a detention hearing is set for __2/12/04__ * at __3:30 p__
                                                                                            Date                   Time

before Leslie E. Kobayashi, United States Magistrate Judge at Honolulu, Hawaii. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: February 9, 2004

_____
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

7