# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/12/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MAG NO 04-0128LEK |
| CASE NAME: | USA vs. (03) LARRY CLIFFORD |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (03) Jerry I. Wilson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 18 |
| DATE: | 2/12/2004 | TIME: | 3:05-3:07 |

COURT ACTION:   EP: Detention Hearing - Defendant present in custody.

No objections to the USPTS Report. Parties submit. Motion to Detain Granted. Govt to prepare Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager