ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2004

at 11 o'clock and 33 min. A.M.
WALTER A.Y.H. CHINN, CLERK

LODGED
FEB 13 2004
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>       vs.  )<br>  )<br>LARRY CLIFFORD,     (03)  )<br>  )<br>              Defendant.  )<br>_____ ) | MAG. NO. 04-0128-03 LEK<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Criminal Complaint against Defendant LARRY CLIFFORD on the grounds that the case is in an investigative status.

The defendant is in custody on the dismissed charge(s) listed above.

DATED:  February 13, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
KENNETH M. SORENSON
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. LARRY CLIFFORD
Mag. No. 04-0128-03 LEK
"Order for Dismissal"

2