EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 25 2004

at 2 o'clock and 20 min P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00089 DAE |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | INDICTMENT |
| ROCKY DEMELLO           (01) | ) ) | [21 U.S.C. §§ 846, 841(a)(1) &(b)(1)(B) |
| ERNIE SALDUA, JR.       (02) | ) | and 18 U.S.C. §2] |
| LARRY CLIFFORD          (03) | ) ) | |
| Defendants. | ) ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about between February 5, 2004 and February 8, 2004, in the District of Hawaii and elsewhere, ROCKY DEMELLO and ERNIE SALDUA, JR., the defendants, did knowingly and intentionally conspire together and with other persons known and

unknown to the Grand Jury, to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2</u>

The Grand Jury further charges:

On or about February 11, 2004, in the District of Hawaii, ERNIE SALDUA, JR., the defendant, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, and LARRY CLIFFORD, did knowingly and unlawfully aid and abet in the commission of this offense.

//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and Title 18, United States Code, Section 2.

DATED: February 25, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney