

**Richlyn Young/HID/09/USCOURTS**

03/15/2004 11:27 AM

To    HIDml_CR Notice Group, phl@maui.net

cc

bcc

Subject    CR 04-00089DAE, USA v. (02) Ernie Saldua Jr.

Initial Appearance and A & P to Indictment as to (02) Ernie Saldua Jr. set
for 3-22-04 @ 10:30 a.m., BMK.

AUSA:  Kenneth Sorenson
Notified deft's counsel:  (02) Philip Lowenthal

Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH:  (808) 541-3090