

| | |
|---|---|
| Richlyn Young/HID/09/USCOURTS<br>03/19/2004 01:33 PM | To   HIDml_CR Notice Group, phl@maui.net<br>cc<br>bcc<br>Subject   CR 04-00089DAE  USA v. (02) Ernie Saldua Jr. |

Initial Appearance and A & P as to (02) Ernie Saldua Jr. continued from 3-22-04 to 3-29-04 @ 10:30 a.m., KSC.

AUSA:  Kenneth Sorenson
Deft's counsel:  (02) Philip Lowenthal


Richlyn Young
Courtroom Manager to Judge Barry M. Kurren
PH:  (808) 541-3090

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 1 9 2004
at 4 o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

20