# **MINUTES**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/29/2004 4:30 PM
WALTER A.Y.H. CHINN, CLERK

**CASE NUMBER:**  CR 04-00089DAE

**CASE NAME:**  USA                                        vs.  (01) Rocky Demello

**ATTYS FOR PLA:**                          **ATTYS FOR DEF:**

Kenneth M. Sorenson                      (01) Paul Cunney
                                          Victor J. Bakke

**INTERPRETER:**

**JUDGE:**  JUDGE BARRY M. KURREN          **REPORTER:**

**DATE:**  03/29/2004                      **TIME:**

                                          **ROOM:**

**COURT ACTION:** EO

Final Pretrial Conference has been continued from 03/29/2004 10:00:00 AM to
04/05/2004 10:00:00 AM before BMK

Submitted by: Theresa Lam, Courtroom Manager