ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 5 2004

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089-03 DAE |
| Plaintiff, | ) | |
| | ) | INFORMATION |
| vs. | ) | |
| | ) | [18 U.S.C. §2 & 21 U.S.C |
| LARRY CLIFFORD,    (03) | ) | §841(a)(1)] |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about February 8, 2004, in the District of Hawaii and elsewhere, LARRY CLIFFORD did knowingly and unlawfully aid and abet in the possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.



All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C), and Title 18, United States Code, Section 2.

DATED: April 14, 2004, at Honolulu, Hawaii.

                                          EDWARD H. KUBO, JR.
                                          United States Attorney
                                          District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney