# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/19/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR04-00089DAE |
| CASE NAME: | USA v. (03) Larry Clifford |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | (03) Jerry Wilson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 CD3 |
| DATE: | 4/19/2004 | TIME: | 1:56-2:16pm |

COURT ACTION:  EP: Waiver of Indictment and Arraignment and Plea of Guilty to the Felony Information - defendant present, not in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Waiver of Indictment signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Felony Information entered by the Defendant.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Felony Information set for 1/24/05 at 1:30 p.m. before Judge Ezra.

Defendant to be released on the following conditions:

Bail-
Execute an unsecured bond in the amount of $50,000.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

G:\docs\snm\Larry Clifford.sa.wpd

(7c)   Maintain or actively seek employment, as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h3)  Travel is restricted to: District of Nevada and Hawaii, with the prior approval of Pretrial Services.

(7i)   Do not change residence without the advance approval of Pretrial services.

(7s2)  You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7u)   Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)  Submit to drug detection testing as approved by Pretrial Services.

(7y)   You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:   Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Larry Clifford.sa.wpd