**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 27 2004
at 3 o'clock and 47 min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>vs.  )<br>  )<br>ERNEST SALDUA, JR., (02)  )<br>  )<br>   Defendant.  )<br>_____  ) | CR. NO. 04-00089 DAE<br><br>ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND<br>NOTICE<br>OF SENTENCING |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s). All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, APR 27 2004.

_____
UNITED STATES DISTRICT JUDGE

GUILTY.ACP