ORIGINAL

PHILIP H. LOWENTHAL    945
33 N. Market Street, Suite 101
Wailuku, Hawai'i 96793
Telephone: 242-5000 (HNL 545-5688)
phl@maui.net

Attorney for Defendant
ERNEST SALDUA, JR.

**LODGED**
JUL 0 6 2004
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 0 7 2004
at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-0089 DAE |
| ) | |
| Plaintiff, ) | STIPULATION FOR TRAVEL; |
| ) | EXHIBIT "A"; ORDER |
| vs. ) | |
| ) | |
| ERNEST SALDUA, JR. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR TRAVEL

IT IS HEREBY STIPULATED by and between the parties herein, that Defendant ERNEST SALDUA, JR. may travel as per the attached itinerary, during the period of July 12-15, 2004.

DATED: Wailuku, Hawai'i,   JUL 02 2004   .

_____
PHILIP H. LOWENTHAL
Attorney for Defendant
ERNEST SALDUA, JR.

DATED: Honolulu, Hawai'i, JUL 6 2004 .

_____
KENNETH M. SORENSON
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

NO OBJECTION.

_____
ANTHONY BARRY
Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

U.S. v. SALDUA, CR. NO. 04-0089 DAE; STIPULATION FOR TRAVEL; EXHIBIT "A"; ORDER



## Mindy

6/30/2004

**From:** <SO17171@YAHOO.COM>
**To:** <MINDY@LOWENTHAL-HAWAII.COM>
**Sent:** Saturday, June 19, 2004 1:39 PM
**Subject:** Sonny Saldua has sent you an America West Itinerary

Sender's Comments:
Going to SF and see my mom and my grandfather he is sick my moms address where i'll be is 2356 Adele Ave. Mt View CA 94043 moms name Lynn Saldua u can reach me at 702-354-5969 Thanks Sonny

---

ITINERARY
Flight: 372
Date: Monday, Jul 12
Depart: Las Vegas, NV(LAS)
Time: 1133A
Arrive: Oakland, CA(OAK)
Time: 102P
Seat Requested: 05E 04E
Cabin: Coach

Flight: 699
Date: Thursday, Jul 15
Depart: Oakland, CA(OAK)
Time: 142P
Arrive: Las Vegas, NV(LAS)
Time: 302P
Seat Requested: 18A 18B
Cabin: Coach

EXHIBIT "A"

6/30/2004