PHILIP H. LOWENTHAL        945
33 N. Market Street, Suite 101
Wailuku, Hawai'i 96793
Telephone: 242-5000 (HNL 545-5688)
phl@maui.net

Attorney for Defendant
ERNEST SALDUA, JR.

IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0089 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR TRAVEL; |
| | ) | EXHIBIT "A"; ORDER |
| vs. | ) | |
| | ) | |
| ERNEST SALDUA, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR TRAVEL**

IT IS HEREBY STIPULATED by and between the parties herein, that Defendant ERNEST SALDUA, JR. may travel as per the attached itinerary, during the period of November 1-5, 2004.

DATED: Wailuku, Hawai'i, _____.

_____
PHILIP H. LOWENTHAL
Attorney for Defendant
ERNEST SALDUA, JR.

DATED: Honolulu, Hawai'i, _____OCT 2 1 2004_____.

_____
KENNETH M. SORENSON
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

NO OBJECTION.

_____
ANTHONY BARRY
Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court

U.S. v. SALDUA, CR. NO. 04-0089 DAE; STIPULATION FOR TRAVEL; EXHIBIT "A"; ORDER