ORIGINAL

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
  LARRY CLIFFORD (03)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2004

at 2 o'clock and 50 min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089DAE-03 |
|---|---|---|
| Plaintiff, | ) | DEFENDANT LARRY CLIFFORD'S SENTENCING STATEMENT; |
| vs. | ) | CERTIFICATE OF SERVICE |
| LARRY CLIFFORD  (03), | ) | Sentencing: |
| Defendant. | ) | Date:  January 24, 2005<br>Time:  1:30 p.m.<br>Chief<br>Judge:  DAVID ALAN EZRA |

### DEFENDANT LARRY CLIFFORD'S SENTENCING STATEMENT

Comes now Defendant (03), LARRY CLIFFORD, by and through his attorney, JERRY I. WILSON, and for response to the PROPOSED PRESENTENCE REPORT prepared by U.S. Probation Officer ANNE M. SHIMOKAWA on December 13, 2004, states that he has no objection thereto.

DATED:  Honolulu, Hawaii,  DEC 27 2004                    .

_____
JERRY I. WILSON
Attorney for Defendant
LARRY CLIFFORD (03)



**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing will be duly mailed or delivered to the following persons at their last known addresses upon filing and receipt of said document:

**KENNETH M. SORENSON**
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii  96850

Attorney for Plaintiff
  UNITED STATES OF AMERICA

**ANNE M. SHIMOKAWA**
United States Probation Office
PJKK Federal Building, Room C-110
300 Ala Moana Boulevard, Box 50111
Honolulu, Hawaii  96850

United States Probation Officer

DATED: Honolulu, Hawaii, DEC 27 2004.

JERRY I. WILSON
Attorney for Defendant
  LARRY CLIFFORD (03)