PS 8
(Rev 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

U.S.A. vs. Larry Clifford                    Criminal No. 04-00089DAE-03

Petition for Action on Conditions of Pretrial Release

COMES NOW ANTHONY L. BARRY, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant LARRY CLIFFORD, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii, on April 19, 2004, under the following conditions: a $50,000 unsecured bond and

1. (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.
2. (7c) Maintain or actively seek employment, as directed by Pretrial Services.
3. (7g2) Do not apply for/obtain a passport.
4. (7h3) Travel is restricted to: Districts of Nevada and Hawaii, with the prior approval of Pretrial Services.
5. (7i) Do not change residence without the advance approval of Pretrial Services.
6. (7s2) You are prohibited from possessing or having access to any firearm, ammunition, destructive device or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.
7. (7u) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.
8. (7v1) Submit to drug detection testing as approved by Pretrial Services.
9. (7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. That on October 4, 2004 and November 30, 2004, the defendant missed scheduled drug detection tests, in violation of Special Condition No. 8.

2. That on December 8, 2004, the defendant submitted a urine specimen which resulted positive for cocaine, in violation of Special Condition No. 7.

U.S.A. vs. LARRY CLIFFORD
Criminal No. 04-00089DAE-03
Petition for Action on Conditions of Pretrial Release - Page 2

That the defendant's conditions of pretrial release be modified as follows:

**DELETE:**

- (7v1) Submit to drug detection testing as approved by Pretrial Services.

**ADD:**

- (7t) Do not consume any alcoholic beverages or products containing alcohol while on bond.

- (7v2) Submit to drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.

- (7w1) Submit to alcohol detection testing as approved by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

ORDER OF COURT

Considered and ordered this 10th day of December, 2004 and ordered filed and made a part of the records in the above case.

DAVID ALAN EZRA
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 10, 2004

ANTHONY L. BARRY
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii