FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 3 2005

LODGED at 10 o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

JAN 26 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Of Counsel:
Jerry I. Wilson
Attorney At Law
A Law Corporation

JERRY I. WILSON    1961
Suite 1450, 220 South King Street
Honolulu, Hawaii  96813-4542
Telephone:  (808) 536-9307

Attorney for Defendant
  LARRY CLIFFORD (03)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LARRY CLIFFORD    (03),<br><br>    Defendant. | CR. NO. 04-00089(03)DAE<br><br>STIPULATION TO CONTINUE DEFENDANT LARRY CLIFFORD'S SENTENCING DATE, AND ORDER<br><br>OLD SENTENCING<br>  DATE:    January 24, 2005,<br>          at 1:30 p.m.<br><br>NEW DATE:  April 28, 2005,<br>          at 1:30 p.m.<br><br>Chief<br>Judge:    DAVID ALAN EZRA |

**STIPULATION TO CONTINUE**
**DEFENDANT LARRY CLIFFORD'S SENTENCING DATE**

The UNITED STATES OF AMERICA and Defendant (03), LARRY CLIFFORD, by and through their respective attorneys, hereby stipulate and agree that the sentencing date previously set for January 24, 2005, at 1:30 p.m., before the Honorable DAVID ALAN EZRA, be continued to April 28, 2005, at 1:30 p.m., for the reason that defense counsel requires additional time to adequately prepare for sentencing and other matters related thereto.

69

The Government has agreed to this continuance of the Defendant's sentencing and has no objection.

DATED: Honolulu, Hawaii, \_\_\_\_\_JAN 2 6 2005\_\_\_\_\_.

_____
JERRY I. WILSON
Attorney for Defendant
LARRY CLIFFORD (03)

_____
KENNETH M. SORENSON
Assistant U. S. Attorney

APPROVED AND SO ORDERED:

_____
DAVID ALAN EZRA
Chief Judge of the Above-Entitled Court

United States of America vs. Larry Clifford, Cr. No. 04-00089(03)DAE; STIPULATION TO CONTINUE DEFENDANT LARRY CLIFFORD'S SENTENCING DATE, AND ORDER