# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/28/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00089DAE |
| CASE NAME: | USA v. (03)Larry Clifford |
| ATTYS FOR PLA: | Kenneth Sorenson |
| ATTYS FOR DEFT: | (03)Jerry Wilson |
| USPO: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 4/28/2005 | TIME: | 9:45am-10:30am |

COURT ACTION:  EP: Sentencing to Count 1 of the Information as to Defendant (03)Larry Clifford

Defendant (03)Larry Clifford present, not in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (03)Larry Clifford

SENTENCE:

Imprisonment:  24 MONTHS

Supervised Release:  3 YEARS

CONDITIONS:

1. Defendant shall observe the standard conditions of supervised release.

2. Defendant shall not commit any federal, state, or local crimes (mandatory condition).

3. Defendant shall not possess illegal controlled substances (mandatory condition).

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition).

5. Defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

8. Defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant is prohibited from the possession and use of alcohol.

10. The fine of $2,500 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release from supervision.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Nellis, NV. 500 hour drug treatment. Drug treatment. Mental health treatment. Educational and Vocational training.

Defendant advised of his right to appeal.

Mittimus forthwith.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager