EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2005

at 3 o'clock and 10 min P M
WALTER A.Y.H. CHINN, CLERK

LODGED
MAY 11 2005 10:30A
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>LARRY CLIFFORD,  (03)  )<br>  )<br>       Defendant.  )<br>_____ ) | CR. NO. 04-00089-03 DAE<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant LARRY CLIFFORD on the ground(s) that the defendant pled guilty to an Information on the same charge.

   The defendant is in custody on the dismissed charge(s) listed above.

   DATED: May **10**, 2005, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


          By _/s/ Kenneth M. Sorenson_
          KENNETH M. SORENSON
          Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

          **DAVID ALAN EZRA**
          _____
          UNITED STATES DISTRICT JUDGE


UNITED STATES v. LARRY CLIFFORD
Cr. No. 04-00089-03 DAE
"Order for Dismissal"