ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2 2005

at 3 o'clock and 10 min. PM
WALTER A.Y.H. CHINN, CLERK

LODGED
MAY 1 1 2005  10:30A
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089-03 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| LARRY CLIFFORD,    (03) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant LARRY CLIFFORD on the ground(s) that the defendant pled guilty to an Information on the same charge.

79

The defendant is in custody on the dismissed charge(s) listed above.

DATED: May __10__, 2005, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii

By _/s/ Kenneth M. Sorenson_
    KENNETH M. SORENSON
    Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES v. LARRY CLIFFORD
Cr. No. 04-00089-03 DAE
"Order for Dismissal"