ORIGINAL

AO 422 (Rev. 12/85) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 9 2005

at ____ o'clock and 40 min. A M
WALTER A.Y.H. CHINN, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-00089 DAE 03 |

LARRY CLIFFORD

(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST LARRY CLIFFORD and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Possess w/intent to distribute cocaine, a Schedule II controlled substance - Ct 2.

RECEIVED 2004 FEB 25 PM 4:08 U.S. MARSHALS SERVICE HONOLULU, HI.

in violation of Title 21 United States Code, Section(s) 841.

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | February 25, 2004 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL    By: Kevin S. C. Chang, United States Magistrate Judge

RETURNED UNEXECUTED
05-18-05

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest | | |