# MINUTES



```
FILED IN THE
UNITED STATES DISTRICT COURT
    DISTRICT OF HAWAII
    09/27/2005 4:30 PM
    SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 04-00089DAE

**CASE NAME:** USA                    vs. (01) Rocky Demello

**ATTYS FOR PLA:**                    **ATTYS FOR DEF:**
Kenneth M. Sorenson                   (01) Paul Cunney
                                      (01) Victor J. Bakke

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA       **REPORTER:**

**DATE:** 09/27/2005                   **TIME:**

                                       **ROOM:**

**COURT ACTION:** EO

Continued : [Sentencing to Count 1 of the Indictment as to defendant (01) Rocky Demello

Defendant's Motion for a Downward Departure] from 09/29/2005 01:30:00 PM to 10/31/2005 03:00:00 PM before DAE

Submitted by: Theresa Lam, Courtroom Manager

*Created: 09/27/2005 08:20:34 AM*                    Document: 30034609