ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00089-03 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | Filed in the |
| vs. | ) | United States District Court |
| | ) | District of Hawai'i |
| | ) | |
| LARRY CLIFFORD (03), | ) | June 6, 2005 4:30 pm |
| | ) | |
| Defendant. | ) | SUE BEITIA, CLERK |
| | ) | |

FINDINGS AND RECOMMENDATIONS ON
CRIMINAL JUSTICE ACT COMPENSATION CLAIM

Counsel for defendant, Jerry Wilson, Esq., has
submitted a voucher and claim for payment in the amount of
$4,407.06.  This amount, along with prior voucher, exceed the
Criminal Justice Act maximum of $5,200.00.  The Court's panel for
review of CJA claims for compensation and reimbursement has
reviewed this claim.  Pursuant to the recommendation of the
panel, this Court finds that considering the nature of the
charges herein and the results procured, the claim is justified.

Pursuant to the recommendation of the panel, this Court
recommends that the Court authorize payment of $90.00 for in
court compensation, $4,293.00 for out of court compensation, and
$24.06 for other expenses, for a total payment of $4,407.06.

Should the Court find that excess compensation is
warranted in this matter, the Court should so certify to the
Chief Judge of the Ninth Circuit by completing and signing the
"District Court Certification For Payment in Excess of Criminal

87

Justice Act Maxima.".

DATED: Honolulu, Hawai'i, June 6, 2005.


_____
LESLIE E. KOBAYASHI
United States magistrate Judge

U.S.A. V. LARRY CLIFFORD; CR. NO. 04-00089-03 DAE; FINDINGS AND
RECOMMENDATIONS ON CRIMINAL JUSTICE ACT COMPENSATION CLAIM